# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

HALA FARID,

      Plaintiff,

v.                                                   CASE NO.  4:19cv60-RH-MAF

LOUIS DEJOY,

      Defendant.

_____/

## ORDER OF DISMISSAL

This is the fourth employment-discrimination action the plaintiff Hala Farid has filed against the Postmaster General—the proper defendant in an action alleging employment discrimination within the Postal Service. The order of December 4, 2021 dismissed the complaint but granted leave to amend.

As explained in that order, the rule against claim-splitting prohibits Ms. Farid from asserting in this action employment-discrimination claims based on events that occurred before she filed her third action—that is, before December 10, 2018. The order said Ms. Farid could amend only to allege claims arising after that date.

Ms. Farid filed a first amended complaint alleging only events before December 10, 2018. Without obtaining leave of court, she proffered a second amended complaint, still alleging only events before December 10, 2018.

The magistrate judge issued a report and recommendation correctly concluding the case should be dismissed. Ms. Farid filed objections and, without obtaining leave of court, proffered a third amended complaint. The third amended complaint, like all prior versions, alleged only events before December 10, 2018.

I have reviewed de novo the issues raised by the objections. For the reasons set out in the December 4, 2021 order and in the report and recommendation, Ms. Farid's claims are barred by the rule against claim splitting.

IT IS ORDERED:

1. The report and recommendation is accepted and adopted as the court's further opinion.

2. The clerk must enter judgment stating, "This case is dismissed. The dismissal is without prejudice as to claims that arose prior to December 10, 2018 and otherwise with prejudice."

3.  The clerk must close the file.

SO ORDERED on March 3, 2022.

s/Robert L. Hinkle
United States District Judge